UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CAUSE NO.: 1:18-cr-0160-SEB-DML |
| vs. | ) |
| | ) |
| DONALD LANDIS, | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PLEA AND SENTENCING HEARING

Defendant, by counsel Charles C. Hayes, moves the court to continue the change of plea and sentencing hearing scheduled for December 3, 2020. In support, Defendant states:

1. The Defendant is currently scheduled for a change of plea and sentencing hearing on December 3, 2020.

2. Defendant requests a brief continuance of that hearing. To that end, Undersigned Counsel has contacted, AUSA, Mathew Rinka, and he has no objection.

3. Defendant requests that these hearings be rescheduled to December 17, 2020.

\Wherefore, the Defendant, by counsel, moves the Court to bifurcate the plea and sentencing in this matter.

Respectfully submitted,

/s/ *Charles C. Hayes*
Charles C. Hayes
22 E. Washington St. Ste. 610
Indianapolis IN 46204

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Charles C. Hayes*
Charles C. Hayes