UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00160-SEB-DML |
| | ) | |
| DONALD LANDIS, | ) -05 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for December 17, 2020**

On this date, Defendant appeared in person, together with retained counsel, Charles C. Hayes, and the Government appeared by AUSA Matthew J. Rinka and investigative agents Scott Brown and J.J. De St. Jean, for a change of plea and sentencing hearing. Ryan Harrold appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Defendant was advised of her rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Counts 2 and 8 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 2 and 8 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

    Incarceration:   36 months
    Supervised Release: 3 years

      Restitution:  $4,447,280.02
      Special Assessment: $200.00.

- The Defendant was advised of her right to appeal.

- The Government will move to dismiss Counts 1, 3, 4, 7, 9, and 10.

- Defendant remains out of custody on the previously ordered conditions of release.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Charles C. Hayes
HAYES RUEMMELE LLC
charleshayes.atty@gmail.com

Matthew Rinka
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
matthew.rinka@usdoj.gov

Robert A. Schembs
SCHEMBS LAW
robert@schembslaw.com